**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

ALBERT ESMAILZADEH,                                    Case No. 6:17-bk-00540-KSJ
                                                       Chapter 13

      Debtor.

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES</u>

Notice is hereby given that the undersigned attorney, John A. Anthony, hereby enters an

appearance as counsel of record for Creditor, Ralph Weber, and requests service of all notices,

pleadings, and other papers filed in this case pursuant to Federal Rules of Bankruptcy Procedure

2002, 9007, and 9010(b).

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQ.**
Florida Bar Number:  0731013
janthony@anthonyandpartners.com
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida  33602
Tel: 813-273-5616 | Telecopier: 813-221-4113
Attorneys for Ralph Weber

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by the CM/ECF system for all CM/ECF participants or first class U.S. Mail on the following persons or entities at the addresses listed below on this 14th day of March, 2017:

William J. Kopp, Jr., Esq.
Kopp Law PA
360 Central Ave, Suite 1570
St. Petersburg, FL 33701
*Counsel for the Debtor*

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
*Trustee*

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
*U.S. Trustee*

Albert Esmailzadeh
4419 Chiming Line
Rockledge, FL 32955
*Debtor*

/s/ John A. Anthony
**ATTORNEY**