**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

ALBERT ESMAILZADEH, Case No. 6:17-bk-00540-KSJ
Chapter 13

Debtor.
_______________________________________/

**WEBERS' VERIFIED MOTION FOR**
**TERMINATION OR MODIFICATION OF AUTOMATIC STAY**

Pursuant to Federal Rule of Bankruptcy Procedure 4001 and Bankruptcy Code §§ 361 and 362, Ralph C. Weber, Jr. and Mary Francis Weber a/k/a Mary Frances Weber (together, the "Webers"), by and through their undersigned counsel, hereby files this motion (this "Stay Motion") on the following grounds seeking an order of this Court terminating or modifying the automatic stay to allow the Webers to continue their action against Albert Esmailzadeh (the "Debtor") to the extent necessary, and, specifically, as to that certain claim held by the Webers (the "Claim"), as more fully defined below.

**A. Background Facts**

1. The Webers are the holders of a claim (the "Claim") against the Debtor in the aggregate amount of no less than $500,000, and perhaps substantially in excess of this sum, that is based upon a medical malpractice claim involving medical treatment provided by the Debtor and others.

2. The Claim is the subject of litigation that was initiated on November 12, 2013, in the Eighteenth Judicial Circuit in and for Brevard County, Florida, Civil Division, styled Ralph C. Weber and Mary Francis Weber v. Albert Esmailzadeh, M.D., et al., Case No. 05-2013-CA-038946 (the "Tort Litigation").

3. In connection with the Tort Litigation, the Webers attach hereto a copy of the complaint initiating the same (the "Complaint"), the Debtor's answer to the Complaint (the "Answer"), an order for joint pre-trial stipulation (the "Stipulation"), and the stipulated order scheduling trial and other related dates (the "Trial Order"), respectively as Exhibits "A," "B," "C," and "D." In these regards, it is noted that the Complaint and the Answer frame the pleadings as they relate to the Webers and the Debtor, and the Stipulation and Trial Order confirm that a ten (10) day trial has been scheduled to occur during September of 2017.

4. The Webers believe in good faith that the Claim is substantially higher than the amount set forth above; however, because the Claim has not been liquidated, it is problematic to state or predict the exact amount of the Claim with requisite precision.

## B. <u>Allegations Relating To Relief Requested</u>

5. On the Petition Date, the Debtor filed his voluntary petition for relief under chapter 13 of the Bankruptcy Code (the "Petition") [Docket No. 1], thereby initiating this Bankruptcy Case. The Webers are therefore stayed pursuant to Bankruptcy Code § 362(a) from continuing to litigate the Tort Litigation, in so far as it seeks to liquidate the Debtor's liability.

6. Pursuant to Bankruptcy Code § 362(d)(1), the Court may grant relief from the automatic stay for "cause." In this case, the Tort Litigation involves other parties in addition to the Debtor, and there are a number of economic, procedural, substantive, and other considerations that militate in favor of permitting the Webers to proceed to trial against all tortfeasors in one forum.

7. The Claim represents a claim for tort liability that is specifically excluded from the Bankruptcy Court's power to liquidate or estimate under 28 U.S.C. § 157(b)(2)(B), and therefore stay relief is appropriate to allow the Webers to liquidate the Claim.

8. In the instant case, the automatic stay should be lifted to allow the Webers to proceed with the Tort Litigation against the Debtor solely for the purpose of establishing the Debtor's liability. See In re Wetzel, 243 B.R. 802 (Bankr. M.D. Fla. 1999).

9. The jurisdictional limitation on this Court's ability to adjudicate the Debtor's liability with respect to claims asserted in the context of the Tort Litigation constitutes "cause" for modification of the automatic stay pursuant to Bankruptcy Code § 362(a) to permit the Webers to resume prosecution of the Tort Litigation against the Debtor in the existing forum.

10. This pleading is being verified by Ralph L. Gonzalez, Esquire, of The Yerrid Law Firm, who has personal knowledge regarding the nature of the Claim, the status of the Tort Litigation, and all other relevant matters pertaining to this Stay Motion, other than certain bankruptcy considerations that fall outside of his area of expertise.

WHEREFORE, the Webers respectfully request the order of this Court that will:

a. grant this Stay Motion;

b. terminate or modify the automatic stay to the extent necessary such that the Webers may proceed with litigating the Claim against the Debtor in the Tort Litigation to determine liability; and

c. provide for such other relief as this Court determines to be necessary and appropriate in the circumstances.

/s/ John A. Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ANTHONY & PARTNERS, LLC**
201 North Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: (813) 273-5616
Telecopier: (813) 221-4113
Attorneys for the Webers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the following persons or entities at the addresses listed below on this 14th day of March, 2017:

William J. Kopp, Jr., Esq.
Kopp Law PA
360 Central Ave, Suite 1570
St. Petersburg, FL 33701
*Counsel for the Debtor*

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
*Trustee*

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
*U.S. Trustee*

Albert Esmailzadeh
4419 Chiming Line
Rockledge, FL 32955
*Debtor*

Local Rule 1007-2 parties in interest

/s/ John A. Anthony
**ATTORNEY**

# VERIFICATION

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

I, Ralph L. Gonzalez, as state court counsel for the Webers, hereby declare under penalty of perjury under the laws of the United States that the information contained in the foregoing motion is true and correct.

________________________________________
Ralph L. Gonzalez, as state court counsel for the Webers

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

Sworn and subscribed before me, this 14th day of March, 2017, Ralph L. Gonzalez, as state court counsel for the Webers. He is personally known to me or has produced identification.

________________________________________
Print name ____________________
Notary Public, State at Large
(commission number and expiration date)

CARMEN R. SULLIVAN
Notary Public - State of Florida
My Comm. Expires Oct 7, 2018
Commission # FF 131548
Bonded Through National Notary Assn.

Label Matrix for local noticing
113A-6
Case 6:17-bk-00540-KSJ
Middle District of Florida
Orlando
Tue Mar 14 15:58:29 EDT 2017

Compass Bank
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016-5028

Synchrony Bank c/o PRA Receivables Managemen
PO Box 41021
Norfolk, VA 23541-1021

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Afni
Po Box 3427
Bloomington, IL 61702-3427

Attn: Compass Bank Department
Ascension Capital Group
Account: XXXXX2996
P.O. Box 165028
Irving, TX 75016-5028

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Brevard County Tax Collector
Attn: Honorable Lisa Cullen, CFC
Post Office Box 2500
Titusville FL 32781-2500

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Citicards Cbna
Citicorp Credit Svc/Centralized Bankrupt
Po Box 790040
Saint Louis, MO 63179-0040

Compass Bank
C/O Mark Horne
233 EAST BAY STREET
SUITE 720
Jacksonville, FL 32202-3448

Compass Bank (Real Estate/Other)
P.O. Box 165028
Irving, TX 75016-5028

Compass Bk
15 20th St S Fl 9
Birmingham, AL 35233-2011

DG K
C/O CLANCEY BOUNDS
1751 N PARK AVE
Maitland, FL 32751-6534

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Fairway Mgmt
c/o Mankin Law Group
2535 Landmark Dr.
Clearwater, FL 33761-3934

First National Bank
Attn: FNN Legal Dept
1620 Dodge St Mailstop Code 3290
Omaha, NE 68102-1593

First National Bank of Omaha
c/o Brumbaugh and Quandahl, P.C.
4885 S. 118th Street, Ste 100
Omaha, NE 68137-2241

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

J T
C/O DOMINGO RODRIGUEZ
2121 PONCE DE LEON BLVD
STE 730
Miami, FL 33134-5222

Jane Doe
C/O ROBERT JOSEPH RATINER
8004 NW 154 STREET SUITE 278
Hialeah, FL 33016-5814

KeyBank NA
4910 Tiedeman Rd.
Brooklyn, OH 44144-2338

Keybank NA
Key Bank; Attention: Recovery Payment Pr
4910 Tiedeman Road (Routing Code: 08-01-
Brooklyn, OH 44144-2338

Mb Fin Svcs
1751 Mound St #201
Sarasota FL 34236-7752

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barr, PA 18773-9500

Navient Solutions, Inc. on behalf of
United Student Aid Funds, Inc.
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Ralph Weber
C/O RALPH GONZALEZ
101 EAST KENNEDY BOULEVARD
SUITE 3910
Tampa, FL 33602-5192

SANTANDER CONSUMER USA INC.
P.O. BOX 560284
DALLAS, TX 75356-0284

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161-0244

Summer Lakes Dist. Assoc.
PO Box 411867
Melbourne, FL 32941-1867

bbva compass
PO BOX 10566
BIRMINGHAM, AL 35296-0001

Albert Esmailzadeh
4419 Chiming Line
Rockledge, FL 32955

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

William J Kopp Jr.
Kopp Law PA
360 Central Ave, Suite 1570
St. Petersburg, FL 33701-3838

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 37 |
| Bypassed recipients | 0 |
| Total | 37 |